UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY ENRIQUEZ, | CASE NO. 2:26-cv-00049-JNW |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following schedule:

| EVENT | DATE |
|---|---|
| Deadline for administrative record to be filed with the Court; the administrative record shall be filed under seal | July 15, 2026 |
| Deadline for any party to bring a motion regarding discovery beyond the prelitigation appeal record, including a motion seeking leave to engage in expert discovery | August 17, 2026 |

SCHEDULING ORDER - 1

| EVENT | DATE |
|---|---|
| Deadline for all dispositive motions, and motions challenging expert witness testimony, if any | October 14, 2026 |

As it appears that this case may be resolved through dispositive motions, the Court will not set a trial date at this time.

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts. gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers

SCHEDULING ORDER - 2

Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 9th day of June, 2026.

Jamal N. Whitehead
United States District Judge

SCHEDULING ORDER - 3