HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY ENRIQUEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Defendant. | Case No. 2:26-cv-00049-JNW<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE CLAIM FILE / ADMINISTRATIVE RECORD**<br><br>**Noted for Consideration: July 15, 2026** |

This matter having come before the Court on the Parties' Joint Motion to Extend Deadline to File the Claim File / Administrative Record by two weeks from July 15, 2026 to July 29, 2026, the Court being fully-advised of the matter, hereby GRANTS the Joint Motion. The deadline to file the Administrative Record is hereby extended by two weeks to July 29, 2026.

IT IS SO ORDERED.

DATED this 16th day of July 2026.

_____
Honorable Jamal N. Whitehead
United States District Judge

ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE TO FILE CLAIM FILE /
ADMINISTRATIVE RECORD– 1
Case No. 2:26-cv-00049-JNW

**BALLARD SPAHR LLP**
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
FAX:206.223.7107

Presented by:

BALLARD SPAHR LLP


By: *s/Sean D. Jackson*
D. Michael Reilly, WSBA No. 14674
Sean D. Jackson, WSBA No. 33615
Ballard Spahr LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
Facsimile: 206.223.7107
E-mail: reillym@ballardspahr.com
        jacksons@ballardspahr.com
*Attorneys for Defendant*



DEBOFSKY LAW LTD


By: *s/Marie E. Casciari (approval via email)*
Marie E. Casciari, WSBA No. 58223
DeBofsky Law, Ltd.
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: 206.333.2696
Facsimile: 312.600.4426
E-mail: mcasciari@debofsky.com
*Attorneys for Plaintiff*

ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE TO FILE CLAIM FILE /
ADMINISTRATIVE RECORD – 2
Case No. 2:26-cv-00049-JNW