HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY ENRIQUEZ,<br>Plaintiff,<br>v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>Defendant. | Case No. 2:26-cv-00049-JNW<br>**ORDER GRANTING JOINT MOTION TO STAY LITIGATION DEADLINES**<br>**Noted for Consideration: July 29, 2026** |

This matter having come before the Court on the Parties' Joint Motion to Stay Litigation Deadlines pending settlement discussions by six weeks, the Court being fully advised of the matter, hereby GRANTS the Joint Motion. The deadline to file a joint status report on the Parties' settlement progress, whether additional time is needed for ongoing settlement discussions, and, if a settlement cannot be reached, a new proposed litigation schedule is September 9, 2026.

IT IS SO ORDERED.

DATED this 30th day of July 2026.

Honorable Jamal N. Whitehead
United States District Court Judge



DEBOFSKY LAW, LTD.
3101 Western Avenue, Suite 350
Seattle, WA 98121
Phone: 206.333.2696
Fax: 312.600.4426

Presented by:

BALLARD SPAHR LLP

By: /s/ Sean D. Jackson
D. Michael Reilly, WSBA No. 14674
Sean D. Jackson, WSBA No. 33615
Ballard Spahr LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: 206-223-7000
Fax: 206-223-7107
Email: reillym@ballardspahr.com
Email: jacksons@ballardspahr.com
*Attorneys for Defendant*

DEBOFSKY LAW LTD

By: /s/ Marie E. Casciari
Marie E. Casciari, WSBA No. 58223
DeBofsky Law, Ltd.
3101 Western Avenue, Suite 350
Seattle, WA 98121
Phone: 206-333-2696
Fax: 312-600-4426
Email: mcasciari@debofsky.com
*Attorneys for Plaintiff*